UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LONI K. TOLUTA'U, et al., | No. 03-15318 |
| Plaintiffs - Appellees, | D.C. No. CV-00-00714-DAE |
| v. | District of Hawaii, Honolulu |
| GATEWAY FINANCIAL SERVICE, a California corporation, | |
| Defendant - Appellant, | |
| and, | |
| OPTION ONE MORTGAGE CORPORATION, a California corporation, et al., | |
| Defendants. | |

**RECEIVED**
CLERK, U.S. DISTRICT COURT

APR 13 2007

DISTRICT OF HAWAII

| | |
|---|---|
| LONI K. TOLUTA'U, et al., | No. 03-15398 |
| Plaintiffs - Appellants, | D.C. No. CV-00-00714-DAE |
| v. | District of Hawaii, Honolulu |
| GATEWAY FINANCIAL SERVICE, a California corporation, et al., | |
| Defendants - Appellees. | |

The parties have failed to comply with the court's order of September 2, 2004. Further, the parties has not prosecuted these appeals for over 2 years. In addition, the court has been informed that appellants do not intend to pursue these appeals. Unless an objection is filed within seven (7) days of the date of this order, these appeals will be deemed dismissed voluntarily pursuant to Fed. R. App. P. 42(b). A copy of an objection shall be served by fax (415-355-8566) on the Chief Circuit Mediator at the Circuit Mediation Office, U.S. Court of Appeals, P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2003\03-15318\07-04-09-voldis2.wpd