UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LONI K. TOLUTA'U, et al., | No. 03-15318 |
| Plaintiffs - Appellees, | D.C. No. CV-00-00714-DAE |
| v. | District of Hawaii, Honolulu |
| GATEWAY FINANCIAL SERVICE, a California corporation, | |
| Defendant - Appellant, | |
| and, | |
| OPTION ONE MORTGAGE CORPORATION, a California corporation, et al., | |
| Defendants. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 1 2007
at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| LONI K. TOLUTA'U, et al., | No. 03-15398 |
| Plaintiffs - Appellants, | D.C. No. CV-00-00714-DAE |
| v. | District of Hawaii, Honolulu |
| GATEWAY FINANCIAL SERVICE, a California corporation, et al., | |
| Defendants - Appellees. | |

Pursuant to the telephonic agreement of the parties, these appeals are dismissed without prejudice to reinstatement in the event that the district court does not grant the stipulated Rule 60 motion embodying the settlement of these cases. Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court ruling, but in any event by December 31, 2007. If no notice of reinstatement is filed and served by December 31, 2007, these appeals will be deemed dismissed with prejudice. Fed. Rule App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator



S:\CASES\2003\03-15318\07-04-19-dwop.wpd