INTERNAL USE ONLY: Proceedings include all events.
03-15398 Toluta'u, et al v. Gateway Financial, et al

| | |
|---|---|
| LONI K. TOLUTA'U<br>    Plaintiff - Appellant | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC ret]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |
| KATALINA TOLUTA'U<br>    Plaintiff - Appellant | Shawn A. Luiz, Esq.<br>(See above)<br>[COR LD NTC ret] |

v.

| | |
|---|---|
| GATEWAY FINANCIAL SERVICE, a<br>California corporation<br>    Defendant - Appellee | Gary Y. Okuda, Esq.<br>808/538-1521<br>Suite 1110<br>[COR LD NTC ret]<br>LEU & OKUDA<br>Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, HI 96813<br><br>R. Patrick Jaress<br>FAX 808-531-6064<br>808-531-3151<br>2920 Mauka Tower<br>[COR LD NTC ret]<br>JARESS & LEONG<br>Pacific Guardian Center<br>737 Bishop St.<br>Honolulu, HI 96813 |
| OPTION ONE MORTGAGE<br>CORPORATION, a California<br>corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>FAX 808/531-8466<br>808/528-4200<br>[COR LD NTC ret]<br>OSHIMA, CHUN, FONG & CHUNG<br>841 Bishop Street<br>400 Davies Pacific Center<br>Honolulu, HI 96813 |
| BNC MORTGAGE, INC., a<br>California corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>(See above)<br>[COR LD NTC ret] |

Docket as of April 11, 2007 11:02 pm          Page 2    NON-PUBLIC

CV 00-714 DAE-LEK

MOATT

INTERNAL USE ONLY: Proceedings include all events.
03-15318 Toluta'u, et al v. Gateway Financial, et al

| | |
|---|---|
| LONI K. TOLUTA'U<br>    Plaintiff - Appellee | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC ret]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |
| KATALINA TOLUTA'U<br>    Plaintiff - Appellee | Shawn A. Luiz, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| GATEWAY FINANCIAL SERVICE, a<br>California corporation<br>    Defendant - Appellant | R. Patrick Jaress<br>FAX 808-531-6064<br>808-531-3151<br>2920 Mauka Tower<br>[COR LD NTC ret]<br>JARESS & LEONG<br>Pacific Guardian Center<br>737 Bishop St.<br>Honolulu, HI 96813 |
| OPTION ONE MORTGAGE<br>CORPORATION, a California<br>corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>FAX 808/531-8466<br>808/528-4200<br>[COR LD NTC ret]<br>OSHIMA, CHUN, FONG & CHUNG<br>841 Bishop Street<br>400 Davies Pacific Center<br>Honolulu, HI 96813 |
| BNC MORTGAGE, INC., a<br>California corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>(See above)<br>[COR LD NTC ret] |

Docket as of April 24, 2007 8:00 am    Page 2    NON-PUBLIC

CV 00-714 DAE-LEK