UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

CV-00-00714 DAE

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 07 2007

DISTRICT OF HAWAII

GARY Y. OKUDA, ESQ.
LEU & OKUDA
PIONEER PLAZA
900 FORT STREET MALL STE 1110

NIXIE    968    DE 1    25    05/05/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 96850497199    *2272-01690-05-07

PRESORTED
FIRST CLASS



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 4 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LONI K. TOLUTA'U, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>GATEWAY FINANCIAL SERVICE, a California corporation,<br><br>    Defendant - Appellant,<br><br>and,<br><br>OPTION ONE MORTGAGE CORPORATION, a California corporation, et al.,<br><br>    Defendants. | No. 03-15318<br><br>D.C. No. CV-00-00714-DAE<br>District of Hawaii, Honolulu<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>MAY 1 2007<br><br>at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M<br>SUE BEITIA, CLERK |
| LONI K. TOLUTA'U, et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>GATEWAY FINANCIAL SERVICE, a California corporation, et al.,<br><br>    Defendants - Appellees. | No. 03-15398<br><br>D.C. No. CV-00-00714-DAE<br>District of Hawaii, Honolulu |

Pursuant to the telephonic agreement of the parties, these appeals are dismissed without prejudice to reinstatement in the event that the district court does not grant the stipulated Rule 60 motion embodying the settlement of these cases. Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court ruling, but in any event by December 31, 2007. If no notice of reinstatement is filed and served by December 31, 2007, these appeals will be deemed dismissed with prejudice. Fed. Rule App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator



S:\CASES\2003\03-15318\07-04-19-dwop.wpd

2

INTERNAL USE ONLY: Proceedings include all events.
03-15398 Toluta'u, et al v. Gateway Financial, et al

| | |
|---|---|
| LONI K. TOLUTA'U<br>　　　Plaintiff - Appellant | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC ret]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |
| KATALINA TOLUTA'U<br>　　　Plaintiff - Appellant | Shawn A. Luiz, Esq.<br>(See above)<br>[COR LD NTC ret] |
| 　　v. | |
| GATEWAY FINANCIAL SERVICE, a<br>California corporation<br>　　　Defendant - Appellee | Gary Y. Okuda, Esq.<br>808/538-1521<br>Suite 1110<br>[COR LD NTC ret]<br>LEU & OKUDA<br>Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, HI 96813<br><br>R. Patrick Jaress<br>FAX 808-531-6064<br>808-531-3151<br>2920 Mauka Tower<br>[COR LD NTC ret]<br>JARESS & LEONG<br>Pacific Guardian Center<br>737 Bishop St.<br>Honolulu, HI 96813 |
| OPTION ONE MORTGAGE<br>CORPORATION, a California<br>corporation<br>　　　Defendant | Steven K.S. Chung, Esq.<br>FAX 808/531-8466<br>808/528-4200<br>[COR LD NTC ret]<br>OSHIMA, CHUN, FONG & CHUNG<br>841 Bishop Street<br>400 Davies Pacific Center<br>Honolulu, HI 96813 |
| BNC MORTGAGE, INC., a<br>California corporation<br>　　　Defendant | Steven K.S. Chung, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
03-15318 Toluta'u, et al v. Gateway Financial, et al

| | |
|---|---|
| LONI K. TOLUTA'U<br>    Plaintiff - Appellee | Shawn A. Luiz, Esq.<br>FAX 808/538-0600<br>808/538-0500<br>Ste. 800<br>[COR LD NTC ret]<br>Law Offices<br>810 Richards Street<br>Honolulu, HI 96813 |
| KATALINA TOLUTA'U<br>    Plaintiff - Appellee | Shawn A. Luiz, Esq.<br>(See above)<br>[COR LD NTC ret] |

v.

| | |
|---|---|
| GATEWAY FINANCIAL SERVICE, a<br>California corporation<br>    Defendant - Appellant | R. Patrick Jaress<br>FAX 808-531-6064<br>808-531-3151<br>2920 Mauka Tower<br>[COR LD NTC ret]<br>JARESS & LEONG<br>Pacific Guardian Center<br>737 Bishop St.<br>Honolulu, HI 96813 |
| OPTION ONE MORTGAGE<br>CORPORATION, a California<br>corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>FAX 808/531-8466<br>808/528-4200<br>[COR LD NTC ret]<br>OSHIMA, CHUN, FONG & CHUNG<br>841 Bishop Street<br>400 Davies Pacific Center<br>Honolulu, HI 96813 |
| BNC MORTGAGE, INC., a<br>California corporation<br>    Defendant | Steven K.S. Chung, Esq.<br>(See above)<br>[COR LD NTC ret] |